```
                UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                       NORTHERN DIVISION


UNITED STATES OF AMERICA

VS.                             CRIMINAL NO. 3:16-cr-00076-DPJ-LRA-1

RODNEY NELSON




                       PRETRIAL CONFERENCE



            BEFORE THE HONORABLE DANIEL P. JORDAN III
                   UNITED STATES DISTRICT JUDGE
                          JULY 21, 2017
                       JACKSON, MISSISSIPPI




   APPEARANCES:

   FOR THE GOVERNMENT:     MR. JERRY L. RUSHING

   FOR THE DEFENDANT:      MR. MICHAEL L. KNAPP



   REPORTED BY:  CHERIE GALLASPY BOND
                 Registered Merit Reporter
                 Mississippi CSR #1012

   _____

                  501 E. Court Street, Ste. 2.500
                   Jackson, Mississippi  39201
                         (601) 608-4186
```

1   THE COURT: The next matter is 3:16CR76, USA v.
2   Nelson. Mr. Knapp, you're here on behalf of your client?
3   MR. KNAPP: I am, Your Honor.
4   THE COURT: Okay. There are, I think, three motions
5   pending. The first is a motion in limine regarding prior acts.
6   And my understanding, Mr. Rushing, is that at this point you
7   haven't made a decision whether to use any of that, but that
8   you would bring it to my attention before you did?
9   MR. RUSHING: Yes, sir, I will.
10  THE COURT: It's in the nature of a motion in limine.
11  I'll grant the motion, which just means that we'll bring it up
12  before it hits the jury.
13  MR. RUSHING: Yes, us.
14  THE COURT: All right. So 46 is granted. Then there
15  are two motions to suppress. One was just recently filed. One
16  has to do with stop, and the other has to do with the T-3, I
17  think. Do we need to set an evidentiary hearing at least as to
18  the first motion?
19  MR. RUSHING: Probably do, Your Honor, I would think,
20  on that.
21  THE COURT: Okay. What dates -- let's see.
22  Mr. Rushing, you thought that -- I'm sorry. You said Judge
23  Bramlette denied the motion.
24  MR. RUSHING: On the 14th.
25  THE COURT: On the 14th.

| | |
|---|---|
| 1 | MR. RUSHING:  That could resolve itself, though.  I |
| 2 | don't know yet, but he has a new attorney in the case, and it |
| 3 | could be resolved.  I'm not sure at this point in time. |
| 4 | THE COURT:  And how long do you think that case would |
| 5 | last? |
| 6 | MR. RUSHING:  It would last about three days so I |
| 7 | should be through the end of that week.  If the court has |
| 8 | Friday, it should be plenty of time to finish that one out. |
| 9 | THE COURT:  Okay.  So maybe August 18th? |
| 10 | MR. RUSHING:  Yes, sir. |
| 11 | THE COURT:  Mr. Knapp, how does that look for you? |
| 12 | MR. KNAPP:  I'm sorry, I was talking. |
| 13 | THE COURT:  I'm sorry.  I didn't mean to interrupt. |
| 14 | If you need to talk to your client, that's fine. |
| 15 | MR. KNAPP:  What I'm talking to my client about is |
| 16 | getting an idea whether we're going to plead or go to trial, |
| 17 | and I thought maybe if have resolved that, we resolve some of |
| 18 | these other issues. |
| 19 | THE COURT:  By all means. |
| 20 | (Short Pause) |
| 21 | MR. KNAPP:  Your Honor, he's announced ready for trial |
| 22 | so I'll address with you. |
| 23 | THE COURT:  Okay.  That's fine.  So how does |
| 24 | August 18th look for your hearings? |
| 25 | MR. KNAPP:  That's fine.  That would be the day on the |

1    motions?
2            THE COURT:  Yes, sir.
3            MR. KNAPP:  9:00?
4            THE COURT:  Mr. Rushing, how long do you think that
5    might take?
6            MR. RUSHING:  I figure two hours at the most.  I'll
7    have to call the police officers that conducted the stop.
8            THE COURT:  Sure.  Let's set it for 10:00.  And in
9    terms of a trial date, September 18th is open.
10           MR. KNAPP:  Your Honor, I'm okay on September 18th.
11           MR. RUSHING:  One second, Your Honor.  I'm trying to
12   see something here.  The 18th, Your Honor --
13           THE COURT:  I haven't looked at your clock.  I don't
14   know if that's what you're thinking about.
15           MR. RUSHING:  That's what I'm trying to find out.
16   That's getting close to there.  I could -- so far I can only
17   see from looking at my records here about 21 days on the clock
18   so far.
19           THE COURT:  Of course, we're paused at the moment
20   because of the motion.
21           MR. RUSHING:  I think we'll be okay with that, then.
22           THE COURT:  Mr. Knapp, let me just ask you.  I mean,
23   it doesn't sound like we have a speedy trial issue, but is that
24   something that your client would waive to set the case on the
25   18th?

1   MR. KNAPP:  Your Honor, my understanding is the last
2   order of continuance waived speedy trial until the next trial
3   date is set.
4   THE COURT:  It did.
5   MR. KNAPP:  I would like to consult with my client and
6   tell him that.
7   (Short Pause)
8   MR. KNAPP:  Your Honor, we're not going to raise any
9   issue with speedy trial.
10  THE COURT:  All right.  Mr. Nelson, you discussed that
11  with your attorney.  You understand you have some speedy trial
12  rights, but you're going to consent to a trial on the 18th.  Is
13  that correct?
14  THE DEFENDANT:  Yes, sir.
15  THE COURT:  Okay.  Thank you.  All right.  So we'll
16  set the trial at 9:00 on September 18th.  Mr. Rushing, anything
17  else that you have in this case?
18  MR. RUSHING:  That's all I have, Your Honor.
19  THE COURT:  Mr. Knapp, how about you?
20  MR. KNAPP:  That's it.
21  THE COURT:  Thank you.  I appreciate it.  Mr. Nelson
22  can be returned and you gentlemen are free to go.
23  (Hearing Concluded)
24
25

CERTIFICATE OF REPORTER

I, CHERIE GALLASPY BOND, Official Court Reporter, United States District Court, Southern District of Mississippi, do hereby certify that the above and foregoing pages contain a full, true and correct transcript of the proceedings had in the aforenamed case at the time and place indicated, which proceedings were recorded by me to the best of my skill and ability.

I certify that the transcript fees and format comply with those prescribed by the Court and Judicial Conference of the United States.

This the 13th day of February, 2018.

s/ *Cherie G. Bond*
Cherie G. Bond
Court Reporter