UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

V.                                                                          CRIMINAL NO. 3:16-CR-76-DPJ-LRA

RODNEY NELSON

ORDER

On July 20, 2018, the Fifth Circuit dismissed Defendant Rodney Nelson's direct appeal, and he has not sought collateral review. Nevertheless, he has filed a motion asking for "a copy of all the paperwork dealing with my case." Mot. [88]. The motion is denied.

An indigent defendant has a statutory right to free court documents, including transcripts, in particular circumstances.

> If on any application for a writ of habeas corpus an order has been made permitting the petitioner to prosecute the application in forma pauperis, the clerk of any court of the United States shall furnish to the petitioner without cost certified copies of such documents or parts of the record on file in his office as may be required by order of the judge before whom the application is pending.

28 U.S.C. § 2250. Similarly, 28 U.S.C. § 753(f) allows a party to obtain a free transcript when "permitted to sue or appeal in forma pauperis" if the presiding judge "certifies that the suit or appeal is not frivolous and that the transcript is needed to decide the issue presented by the suit or appeal."

These statutes contemplate a pending case. Nelson is "not entitled to free copies of his trial records solely because he is indigent or because he desires to prepare a petition seeking collateral relief." *United States v. Watson*, No. 02-30604, 2003 WL 1109766, at *1 (5th Cir. Feb. 19, 2003). And because he does "not have a § 2255 motion pending before the district court[,] . . . he is not entitled to receive the documents in question." *United States v. Ramos-Barrera*, 466 F. App'x 334, 335 (5th Cir. 2012). His motion [88] is therefore denied.

**SO ORDERED AND ADJUDGED** this the 18th day of July, 2019.

                                          s/ *Daniel P. Jordan III*
                                          CHIEF UNITED STATES DISTRICT JUDGE